Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorney for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

BRADLEY K. BAUMGARTNER,

        Plaintiff,

vs.

Commissioner of Social Security
Administration,

        Defendant.

Case No. 6:15-cv-01249-BR

ORDER APPROVING
ATTORNEY FEES PURSUANT TO 42
U.S.C. §406(b)

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $17,096.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $6822.25, is $10,273.75, and Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of January 5ᵗʰ, 2017.

_____
U.S. District Judge/Magistrate Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff